UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ANTHONY BREWER, | **STIPULATION OF DISMISSAL** |
| Plaintiff, | Civil Action No. CV-11-605 |
| v. | (Amon, J.) |
| UNITED STATES OF AMERICA, HARLEY G. LAPPIN, JOHN DOE, CHARLES NEIL, MICHAEL FACEY, and BENIUS BEARD, | (J. Orenstein, M.J.) |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties of the above-entitled action, by their respective undersigned attorneys, that pursuant to the Stipulation and Agreement of Compromise Settlement and Release of All Claims executed by the parties in this action (the "Settlement Agreement"), Plaintiff's complaint and all claims therein be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff also agrees to withdraw the related case styled <u>Anthony Brewer v. Harley G. Lappin</u>, 12-CV-3250 (CBA)(JO).

Each party hereto agrees that this dismissal is without costs or fees. The parties further agree that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this

lawsuit.

Dated: August 1, 2012  
        New York, New York

CRAVATH, SWAINE & MOORE LLP  
*Attorneys for Plaintiff*  
825 Eighth Avenue  
New York, New York 10019

By:     /s/  
Daniel Margolskee, Esq.

Dated: August 1, 2012  
        Brooklyn, New York

LORETTA E. LYNCH  
United States Attorney  
Eastern District of New York  
271 Cadman Plaza East  
Brooklyn, New York 11201  
*Attorney for Defendants*

By:   /s/  
Seth D. Eichenholtz  
Assistant United States Attorney  
(718) 254-7035  
Seth.Eichenholtz@usdoj.gov

SO ORDERED this

____2nd____ day of ____August____, 2012

s/CBA

_____  
HONORABLE CAROL B. AMON  
United States District Judge